United States District Court
Southern District of Texas
**ENTERED**
September 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARATHON PETROLEUM COMPANY LP, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-309 |
| | § | |
| WYATT FIELD SERVICE COMPANY, | § § § | |
| Defendant. | § | |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, United States Magistrate Judge John R. Froeschner is hereby designated to prepare and submit to this Court a report and recommendation on "Plaintiff's Motion for Partial Summary Judgment on Count II of Their First Amended Complaint" (Dkt. 22) and "Wyatt Field Service Company's Motion for Partial Summary Judgment on Plaintiffs' Count II of Their First Amended Complaint" (Dkt. 26).

SIGNED at Galveston, Texas, this 20th day of September, 2016.

_____
George C. Hanks Jr.
United States District Judge